NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSE HERRERA MENENDEZ,           )
DOC # T75942,                    )
                                 )
          Appellant,             )
                                 )
v.                               )      Case No. 2D16-5406
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
_____)

Opinion filed March 23, 2018.

Appeal from the Circuit Court for Lee
County; Bruce Kyle, Judge.

Guillermo E. Gomez, Jr. of Gomez &
Touger, P.A., Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


KHOUZAM, MORRIS, and BLACK, JJ., Concur.